374 A.2d 705

Commonwealth v. Martin, Appellant.

Argued March 24, 1977. Lee A. Nell, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: At Bill No. 1250, April T., 1976, charging possession of instrument of crime generally, possession of instrument of crime—concealed weapon, pro-

hibited offensive weapon, judgment of sentence vacated and discharged, at No. 1250. As to Bills Nos. 1254 and 1255, judgment of sentence affirmed.